'U8 CIV 6602

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Painting Industry Insurance and Annuity Funds,<br><br>Plaintiff,<br><br>-against-<br><br>AMBAC ASSURANCE CORPORATION, AMBAC FINANCIAL GROUP, INC., SEAN T. LEONARD, ROBERT J. GENADER, PHILLIP B. LASSITER, MICHAEL A. CALLEN, JILL M. CONSIDINE; W. GRANT GREGORY; THOMAS C. THEOBALD; LAURA S. UNGER; HENRY WALLACE, CITIGROUP GLOBAL MARKETS INC., GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES INC., HSBC SECURITIES (USA) INC., LEHMAN BROTHERS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, UBS SECURITIES LLC and WACHOVIA CAPITAL MARKETS, LLC,<br><br>Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED**<br><br> |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff, Painting Industry Insurance and Annuity Funds:

NONE

Dated: July 24, 2008

KAPLAN FOX & KILSHEIMER LLP

By: _____

Frederic S. Fox
Donald R. Hall
Hae Sung Nam
Melinda D. Rodon

Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

2